B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smid, Martin** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Quezada-Patino, Johanna Grace** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3109** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6562** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1008 Glendale<br>Park Ridge, IL**<br>ZIP Code **60068** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1008 Glendale<br>Park Ridge, IL**<br>ZIP Code **60068** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Smid, Martin**<br><br>**Quezada-Patino, Johanna Grace** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>■  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>    (Name of landlord that obtained judgment)<br><br><br>_____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Smid, Martin**
**Quezada-Patino, Johanna Grace**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Martin Smid_
Signature of Debtor **Martin Smid**

X _Johanna Grace Quezada-Patino_
Signature of Joint Debtor **Johanna Grace Quezada-Patino**

Telephone Number (If not represented by attorney)

**July 29, 2015**
Date

#### Signature of Attorney*

X _Ariel Weissberg_
Signature of Attorney for Debtor(s)
**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)
**Weissberg and Associates, Ltd.**
Firm Name
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number
**July 29, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Martin Smid**
**Johanna Grace Quezada-Patino**                     Case No. _____
                                            Debtor(s)       Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                Page 2

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    _____
                        **Martin Smid**

Date:    **July 29, 2015** _____

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Martin Smid**
**Johanna Grace Quezada-Patino**

Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                               Page 2

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
Johanna Grace Quezada-Patino

Date:   **July 29, 2015**   _____

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Martin Smid,**
**Johanna Grace Quezada-Patino**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9770**<br><br>**BMO Harris Bank**<br>**P.O. Box 94034**<br>**Palatine, IL 60094** | | W | **Second Mortgage**<br><br>**1633 N. Wolcott Ave., Chicago, IL 60622**<br><br>Value $                1,300,000.00 | | | | 274,044.00 | 274,044.00 |
| Account No. **xx0345**<br><br>**Caliber Home Loans**<br>**PO Box 24610**<br>**Oklahoma City, OK 73124-0330** | | J | **First Mortgage**<br><br>**1633 N. Wolcott Ave., Chicago, IL 60622**<br><br>Value $                1,300,000.00 | | | | 1,346,219.00 | 46,219.00 |
| Account No. **x1143**<br><br>**Fifth Third Bank**<br>**5050 Kingsley Drive**<br>**Cincinnati, OH 45227** | | J | **First Mortgage**<br><br>**1008 Glenlake Ave., Park Ridge, IL 60068**<br><br>Value $                400,000.00 | | | | 279,473.00 | 0.00 |
| Account No.<br><br>**US Bank**<br>**Bankruptcy Department**<br>**P.O. Box 5229**<br>**Cincinnati, OH 45201** | | J | **Judicial Lien**<br><br>**1008 Glenlake Ave., Park Ridge, IL 60068**<br><br>Value $                400,000.00 | | | | 357,108.00 | 236,581.00 |

_0_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 2,256,844.00 | 556,844.00 |
| Total<br>(Report on Summary of Schedules) | 2,256,844.00 | 556,844.00 |

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Martin Smid,**                                    Case No. _____
         **Johanna Grace Quezada-Patino**
                                                    ,
_____
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                        **0**      continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Martin Smid,**
**Johanna Grace Quezada-Patino**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| 1349 N. Western Condominium Assc. 1349-51 N. Western Ave., Unit C Chicago, IL 60622 | | J | | | | X | Unknown |
| Account No. | | | | | | | |
| 1633 Wolcott, Inc. 3527 W. McLean Ave. Chicago, IL 60647 | | J | | | | X | Unknown |
| Account No. | | | | | | | |
| 1725 N. Western Condominium Assc. 1008 Glenlake Ave. Park Ridge, IL 60068 | | J | | | | X | Unknown |
| Account No. | | | | | | | |
| 2136 West North Condominium Assc. 1636 N. Bosworth Ave., Unit C1 Chicago, IL 60642 | | J | | | | X | Unknown |

__19__ continuation sheets attached

Subtotal
(Total of this page)        **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

S/N:23645-150507    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Martin Smid,**
    **Johanna Grace Quezada-Patino**
_____,
               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. | | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| A-Diamond Glass Co. 1801 N. Humbolt Blvd. Chicago, IL 60647 | | J | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| A.F. Titan Electric, Inc. 3700 Linnenman Glenview, IL 60025 | | J | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Unsecured | | | | |
| Abbey Lauren Prow 3527 W. McLean Ave., Unit 3 Chicago, IL 60647 | | J | | | | | X | |
| | | | | | | | | Unknown |
| Account No. **xxxx5907** | | | | Unsecured | | | | |
| ABT Appliances P.O. Box 965036 Orlando, FL 32896 | | H | | | | | | |
| | | | | | | | | 13,500.00 |
| Account No. | | | | Unsecured | | | | |
| Alexander Rivera 1725 N. Western Ave. Unit 3 Chicago, IL 60647 | | J | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __1___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Martin Smid,**
**Johanna Grace Quezada-Patino**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Unsecured | | | | |
| Alexandre Moltchanov 7126 Carolina Ave. Hammond, IN 46323 | | J | | | | | X | Unknown |
| Account No. | | | | Unsecured | | | | |
| Alexis Bigi 3527 W. McLean Ave., Unit 3 Chicago, IL 60647 | | J | | | | | X | Unknown |
| Account No. | | | | Unsecured | | | | |
| Annie Quach 1351 N. Western Ave, Unit 2N Chicago, IL 60622 | | J | | | | | X | Unknown |
| Account No. | | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| Apex Excavating, Inc. c/o Paul Iwanski 82 East Surrey Lane Barrington, IL 60010 | | J | | | | | X | Unknown |
| Account No. | | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| Ar-Be Garage Doors, Inc. 7211 South Lockwood Chicago, IL 60638 | | J | | | | | X | Unknown |

Sheet no. **2** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Martin Smid,**
**Johanna Grace Quezada-Patino**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | J | | Unsecured | | | X | |
| Ashley Clambas 3527 W. McLean Ave., Unit 2 Chicago, IL 60647 | | | | | | | | Unknown |
| Account No. xxxx-xxxxxx-x2132 | | W | | Unsecured | | | | |
| Bank of America c/o NCB Management Services, Inc. P.O. Box 1099 Langhorne, PA 19047 | | | | | | | | 30,382.17 |
| Account No. xxxxxx1093 | | W | | HELOC for 3527 W. McLean Ave. | | | | |
| BMO Harris Bank P.O. Box 94034 Palatine, IL 60094 | | | | | | | | 305,690.00 |
| Account No. | | H | | Unsecured | | | X | |
| Brian Mattson 3430 W. Melrose Chicago, IL 60647 | | | | | | | | Unknown |
| Account No. | | J | | Unsecured | | | X | |
| CA Design & Iron 3733 W. Grand Ave. Chicago, IL 60651 | | | | | | | | Unknown |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

336,072.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **Martin Smid,**                                                   Case No. _____
         **Johanna Grace Quezada-Patino**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0743** <br><br> **Cach, LLC** <br> **c/o John C. Bonewicz, P.C.** <br> **8001 N. Lincoln Ave., Suite 402** <br> **Skokie, IL 60077** | | W | Unsecured | | | X | 34,501.00 |
| Account No. **xxxxxxxxxxx5620** <br><br> **CBNA/Sears** <br> **c/o United Recovery Systems, LP** <br> **5800 North Course Drive** <br> **Houston, TX 77072** | | H | Unsecured | | | | 3,219.33 |
| Account No. **xxxxxxx2534** <br><br> **Chase** <br> **c/o Tiburon Financial LLC** <br> **11510 Blondo, Suite 200** <br> **Omaha, NE 68164** | | H | HELOC for 1725 N. Western Ave, Unit 4, Chicago, IL 60647 | | | | 46,843.52 |
| Account No. **xxxxxxxxxxx9700** <br><br> **Chase** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850-5298** | | H | Unsecured | | | | 17,186.00 |
| Account No. **xxxxxxxxxxx3640** <br><br> **Chase** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850-5298** | X | H | Unsecured | | | | 39,930.00 |

Sheet no. __4__ of __19__ sheets attached to Schedule of          Subtotal          141,679.85
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Martin Smid,**                                                                Case No. _____
          **Johanna Grace Quezada-Patino**
                                                                                    ,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxx3630** | | | | **Unsecured** | | | | |
| **Chase** **P.O. Box 15298** **Wilmington, DE 19850-5298** | **X** | **H** | | | | | | **22,217.46** |
| Account No. **xxxxxxxxxxxx7190** | | | | **Unsecured** | | | | |
| **Chase** **P.O. Box 15298** **Wilmington, DE 19850-5298** | | **H** | | | | | | **9,804.00** |
| Account No. **xxxx-xxxx-xxxx-8407** | | | | **Unsecured** | | | | |
| **Chase** **P.O. Box 15298** **Wilmington, DE 19850-5298** | | **W** | | | | | | **17,845.00** |
| Account No. **xxxx-xxxx-xxxx-5003** | | | | **Unsecured** | | | | |
| **CitiBank, N.A.** **c/o Blatt, Hasenmiller, Leibsker** **10 South LaSalle, Suite 2200** **Chicago, IL 60603** | | **W** | | | | | **X** | **27,807.83** |
| Account No. **xxxx1278** | | | | **Deficiency for 3527 W. McLean Ave., Chicago, IL 60647** | | | | |
| **Credit Union 1** **c/o Paul B. Fichter, Esq.** **450 East 22nd Street, Suite 250** **Lombard, IL 60148** | | **J** | | | | | | **Unknown** |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**77,674.29**

B6F (Official Form 6F) (12/07) - Cont.

In re **Martin Smid,**                                                    Case No. _____
        **Johanna Grace Quezada-Patino**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **Darpet, Inc.** **1516 East Algonquin Road** **Arlington Heights, IL 60005** | | J | | | | X | Unknown |
| Account No. | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **Dortmund Construction, Co.** **8820 South 79th Ave.** **Hickory Hills, IL 60457** | | J | | | | X | Unknown |
| Account No. | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **Ehab Mahby** **P.O. Box 1824** **Evanston, IL 60204** | | J | | | | X | Unknown |
| Account No. | | | Unsecured | | | | |
| **Elizabeth A. Felde** **3527 W. McLean Ave., Unit 1** **Chicago, IL 60647** | | J | | | | X | Unknown |
| Account No. | | | Unsecured | | | | |
| **Eric Gouthrie** **1725 N. Western Ave.** **Unit 4** **Chicago, IL 60647** | | J | | | | X | Unknown |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Martin Smid,**
      **Johanna Grace Quezada-Patino**
                                               ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.**<br><br>**European Comfort Heating & Cooling**<br>**c/o Marek Popperi**<br>**164 N. Ela Road**<br>**Palatine, IL 60067** | | J | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | **Unknown** |
| **Account No.**<br><br>**Favorite Construction**<br>**7444 N. Oleander**<br>**Leland, IL 60531** | | J | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | **Unknown** |
| **Account No.**<br><br>**Fence USA, Inc.**<br>**3044 E. Elston**<br>**Chicago, IL 60618** | | J | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | **Unknown** |
| **Account No.**<br><br>**First Dama Construction**<br>**5336 South Mulligan**<br>**Chicago, IL 60638** | | J | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | **Unknown** |
| **Account No.**<br><br>**Granite Style Design Company**<br>**4158 W. Belle Plaine Ave.**<br>**Chicago, IL 60641** | | J | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | **Unknown** |

Sheet no. __7__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Martin Smid,**                                           Case No. _____
       **Johanna Grace Quezada-Patino**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **Great Masonry 3101 N. Lowell Chicago, IL 60641** | | J | | | | X | Unknown |
| Account No. | | | Unsecured | | | | |
| **Hema Raj Trunkenbrod and Geoff Trukenbrod 3519 North Hermitage Chicago, IL 60614** | | H | | | | X | Unknown |
| Account No. | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **Hensen Construction, Inc. 1000 N. Milwaukee Chicago, IL 60622** | | J | | | | X | Unknown |
| Account No. | | | Unsecured | | | | |
| **Ihor Kubbrak 440 West Kathleen Drive Chicago, IL 60616** | | J | | | | X | Unknown |
| Account No. | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **Interior of Stone Midwest, Inc. 1801-17 Humbolt Blvd. Chicago, IL 60647** | | J | | | | X | Unknown |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Martin Smid,**
         **Johanna Grace Quezada-Patino**
                                                                    Case No. _____
                                                           ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**J&D Whirlpool and Bath Outlet**<br>**2730 N. Elston Ave.**<br>**Chicago, IL 60647** | | J | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | Unknown |
| Account No.<br><br>**Jakob Peterson**<br>**3527 W. McLean Ave., Unit 1**<br>**Chicago, IL 60647** | | J | | | Unsecured | | | X | Unknown |
| Account No.<br><br>**James Danilo Calambas**<br>**3527 W. McLean Ave., Unit 2**<br>**Chicago, IL 60647** | | J | | | Unsecured | | | X | Unknown |
| Account No.<br><br>**Jankaz Construction, Inc.**<br>**3235 Sarah Street**<br>**Franklin Park, IL 60131** | | J | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | Unknown |
| Account No.<br><br>**Jiri Vasat**<br>**4158 W. Belle Plaine Ave.**<br>**Chicago, IL 60641** | | J | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | Unknown |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Martin Smid,**
      **Johanna Grace Quezada-Patino**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jonathan Rotter<br>1633 N. Wolcott Ave.<br>Chicago, IL 60622 | | J | Unsecured | | | X | Unknown |
| Account No.<br><br>Jonathon Hollandsworth<br>1351 N. Western Ave., Unit 4N<br>Chicago, IL 60622 | | J | Unsecured | | | X | Unknown |
| Account No.<br><br>Joseph E. Forgy<br>1725 N. Western Ave.<br>Unit 4<br>Chicago, IL 60647 | | J | Unsecured | | | X | Unknown |
| Account No.<br><br>Jung S. Dang<br>2136 W. North Ave., Unit C<br>Chicago, IL 60622 | | J | Unsecured | | | X | Unknown |
| Account No.<br><br>JW Hardwood Flooring<br>5 Imperial Street<br>Park Ridge, IL 60068 | | J | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | Unknown |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Martin Smid,**
      **Johanna Grace Quezada-Patino**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **JZ Painting** <br>**2920 W. Diversey** <br>**Chicago, IL 60647** | | J | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | <br><br><br>**Unknown** |
| Account No. <br><br> **Karmin Nissan** <br>**1351 N. Western Ave, Unit 2N** <br>**Chicago, IL 60622** | | J | Unsecured | | | X | <br><br><br>**Unknown** |
| Account No. <br><br> **Katie Cavanaugh** <br>**1725 N. Western Ave.** <br>**Unit 3** <br>**Chicago, IL 60647** | | J | Unsecured | | | X | <br><br><br>**Unknown** |
| Account No. <br><br> **Kevin Gillespie** <br>**1725 N. Western Ave.** <br>**Unit 3** <br>**Chicago, IL 60647** | | J | Unsecured | | | X | <br><br><br>**Unknown** |
| Account No. **xx-xxxxxxxx6591** <br><br> **Lakeside Bank** <br>**2800 N. Ashland Avenue** <br>**Chicago, IL 60614** | X | J | Mortgage for 2136 W. North Ave., Chicago, IL 60647 | | | | <br><br>**903,542.84** |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**903,542.84**

B6F (Official Form 6F) (12/07) - Cont.

In re **Martin Smid,**
     **Johanna Grace Quezada-Patino**
                                               , Case No. _____

                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured | | | | |
| Landek Construction, Inc. 1008 Glenlake Ave. Park Ridge, IL 60068 | | J | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Unsecured | | | | |
| Lindsay Rotter 1633 N. Wolcott Ave. Chicago, IL 60622 | | J | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| Marcela Sachova 548 Lowden Ave. Glen Ellyn, IL 60137 | | J | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Unsecured | | | | |
| Maria Cecilia Zapata 3527 W. McLean Ave., Unit 2 Chicago, IL 60647 | | J | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Unsecured | | | | |
| Martin Solil 548 Lowden Ave. Glen Ellyn, IL 60137 | | J | | | | X | |
| | | | | | | | Unknown |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                             (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Martin Smid,**                                                    Case No. _____
    **Johanna Grace Quezada-Patino**
    _____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Michael Lerner** <br> **1636 N. Bosworth Ave., Unit C1** <br> **Chicago, IL 60642** | | J | Unsecured <br><br><br><br> | | | X | <br><br><br> Unknown |
| Account No. <br><br> **Miroslav Buzicka** <br> **5624 W. Goodman** <br> **Chicago, IL 60630** | | J | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. <br><br><br> | | | X | <br><br><br> Unknown |
| Account No. **xxxxx8528** <br><br> **Nationstar Mortgage** <br> **c/o Pierce and Associates** <br> **1 N. Dearborn, Suite 1300** <br> **Lewisville, TX 75067** | | H | Deficiency for 1725 N. Western Ave., Unit 3, Chicago, IL 60647 <br><br><br> | | | | <br><br><br> Unknown |
| Account No. <br><br> **New Market Advisory, LLC** <br> **1351 N. Western Ave., Unit 4N** <br> **Chicago, IL 60622** | | J | Unsecured <br><br><br><br> | | | X | <br><br><br> Unknown |
| Account No. <br><br> **North Avenue Acquisitions, LLC** <br> **1636 North Bosworth Ave., Unit C1** <br> **Chicago, IL 60642** | | J | Unsecured <br><br><br><br> | | | X | <br><br><br> Unknown |

Sheet no. __**13**__ of __**19**__ sheets attached to Schedule of                   Subtotal         **0.00**
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Martin Smid,**                                        Case No. _____
       **Johanna Grace Quezada-Patino**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Unsecured | | | | |
| **North Avenue Builders, Inc.** **c/o Christoff Karbowski** **1001 N. Milwaukee Ave.** **Chicago, IL 60642** | | | J | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. **xxxxxx8332** | | | | Deficiency for 1725 N. Western Ave., Unit 2, Chicago, IL 60647 | | | | |
| **Ocwen Loan Servicing, LLC** **c/o Codilis Ernest J. Jr** **15W030 N. Frontage Road** **Willowbrook, IL 60527** | | H | | | | | | |
| | | | | | | | | **178,530.81** |
| Account No. | | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **Patmir Finish Carpentry, Inc.** **5624 W. Goodman** **Chicago, IL 60639** | | | J | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **Patrick Berger** **5624 W. Goodman** **Chicago, IL 60630** | | | J | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **Peak Signal, Inc.** **14956 South Hillside Drive** **Lockport, IL 60441** | | | J | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**178,530.81**

B6F (Official Form 6F) (12/07) - Cont.

In re **Martin Smid,**
      **Johanna Grace Quezada-Patino**
_____,
                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **Performance Plus Roofing** 28583  Washington Wauconda, IL 60084 | | J | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Unsecured line of credit | | | | |
| **PNC Bank** 333 S. State St. Chicago, IL 60604 | X | H | | | | | |
| | | | | | | | **39,503.47** |
| Account No. | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **PT's Heating and Cooling, Inc.** 3431 North Knox Ave. Chicago, IL 60641 | | J | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **R&G Framing** 1715 Vermont Drive Elk Grove Village, IL 60007 | | J | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | | |
| **Ruffolo, Inc.** 242 West Highway 45 Vernon Hills, IL 60061 | | J | | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**39,503.47**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Martin Smid,**
       **Johanna Grace Quezada-Patino**
_____ ,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx6010** <br><br> **Select Portfolio Servicing, Inc.** <br> **P.O. Box 65250** <br> **Salt Lake City, UT 84165-0250** | | H | | Deficiency for 1725 N. Western Ave., Unit 4, Chicago, IL 60647 | | | | 288,739.49 |
| Account No. <br><br> **Sereno's Insulation, Inc.** <br> **P.O. Box 1011** <br> **Round Lake, IL 60073** | | J | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | Unknown |
| Account No. <br><br> **Smid Construction & Remodeling, Inc** <br> **8749 W. Summerdale Ave.** <br> **Chicago, IL 60656** | | J | | Unsecured | | | X | Unknown |
| Account No. <br><br> **Smid Construction, Inc.** <br> **3527 W. McLean Ave.** <br> **Chicago, IL 60647** | | J | | Unsecured | | | X | Unknown |
| Account No. <br><br> **Snirek Corporation** <br> **11234 Kluth Drive** <br> **Mokena, IL 60448** | | J | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | Unknown |

Sheet no. __**16**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

288,739.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **Martin Smid,**
      **Johanna Grace Quezada-Patino**
      Case No. _____

_____,
      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Solid State Furniture**<br>**5750 West Bloomingdale**<br>**Chicago, IL 60639** | | J | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | <br><br><br><br>Unknown |
| Account No.<br><br>**Stallion Construction Co.**<br>**P.O. Box 1824**<br>**Evanston, IL 60204** | | J | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | <br><br><br><br>Unknown |
| Account No.<br><br>**Stephani Sullivan**<br>**3527 W. McLean Ave., Unit 1**<br>**Chicago, IL 60647** | | J | Unsecured | | | X | <br><br><br><br>Unknown |
| Account No.<br><br>**Suburban Elevator Company**<br>**5 Executive Court, Suite 1**<br>**Barrington, IL 60010** | | J | Subcontractor for 2136 W. North Ave., 1633 N. Wolcott Ave and 1349 N. Western. | | | X | <br><br><br><br>Unknown |
| Account No.<br><br>**TBG Construction, Inc.**<br>**1324 S. Grove**<br>**Park Ridge, IL 60068** | | J | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | <br><br><br><br>Unknown |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Martin Smid,**
**Johanna Grace Quezada-Patino**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Ted Kawula Company <br> 4846 W. Montrose <br> Peoria, IL 61641 | | J | | Subcontractor for 2136 W. North Ave. and 1633 N. Wolcott Ave. | | | X | Unknown |
| Account No. <br><br> Tenants (Inset) <br> 1725 N. Western Ave., Units 2-4 <br> Chicago, IL 60647 | | J | | 1725 N. Western Ave., Units 2-4, Chicago, IL 60647 | | | X | Unknown |
| Account No. <br><br> Thomas P. Nerdo <br> 1725 N. Western Ave. <br> Unit 4 <br> Chicago, IL 60647 | | J | | Unsecured | | | X | Unknown |
| Account No. <br><br> Tile & Stone Sales <br> D/B/A Belstone and Tile <br> 1439 W. Hubbard Street <br> Chicago, IL 60622 | | J | | Unsecured | | | X | Unknown |
| Account No. xxxxxxxxxxxx3707 <br><br> TJ Maxx <br> P.O. Box 965005 <br> Orlando, FL 32896 | | W | | Unsecured | | | | 1,320.00 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,320.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Martin Smid,**
       **Johanna Grace Quezada-Patino**                                    ,                    Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Unsecured | | | | |
| Todd A. Franklin 1725 N. Western Ave. Unit 2 Chicago, IL 60647 | | J | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Unsecured | | | | |
| Vladimir Adamik 6000 West School Chicago, IL 60634 | | J | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Unsecured | | | | |
| Vlastimil Reznicek 2616 North 73rd Court Elmwood Park, IL 60707 | | J | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Unsecured | | | | |
| William Sullivan 3527 W. McLean Ave., Unit 1 Chicago, IL 60647 | | J | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Unsecured | | | | |
| Zdenek Smid 8749 West Summerdale Ave. Chicago, IL 60656 | | J | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

Total
(Report on Summary of Schedules)     **1,980,562.92**

1349 N. Western Condominium Assc.
1349-51 N. Western Ave., Unit C
Chicago, IL 60622

1633 Wolcott, Inc.
3527 W. McLean Ave.
Chicago, IL 60647

1725 N. Western Condominium Assc.
1008 Glenlake Ave.
Park Ridge, IL 60068

2136 West North Condominium Assc.
1636 N. Bosworth Ave., Unit C1
Chicago, IL 60642

A-Diamond Glass Co.
1801 N. Humbolt Blvd.
Chicago, IL 60647

A.F. Titan Electric, Inc.
3700 Linnenman
Glenview, IL 60025

Abbey Lauren Prow
3527 W. McLean Ave., Unit 3
Chicago, IL 60647

ABT Appliances
P.O. Box 965036
Orlando, FL 32896

Alexander Rivera
1725 N. Western Ave.
Unit 3
Chicago, IL 60647

Alexandre Moltchanov
7126 Carolina Ave.
Hammond, IN 46323

Alexis Bigi
3527 W. McLean Ave., Unit 3
Chicago, IL 60647

Annie Quach
1351 N. Western Ave, Unit 2N
Chicago, IL 60622


Apex Excavating, Inc.
c/o Paul Iwanski
82 East Surrey Lane
Barrington, IL 60010


Ar-Be Garage Doors, Inc.
7211 South Lockwood
Chicago, IL 60638


Ashley Clambas
3527 W. McLean Ave., Unit 2
Chicago, IL 60647


Bank of America
c/o NCB Management Services, Inc.
P.O. Box 1099
Langhorne, PA 19047


BMO Harris Bank
P.O. Box 94034
Palatine, IL 60094


BMO Harris Bank
P.O. Box 94034
Palatine, IL 60094


Brian Mattson
3430 W. Melrose
Chicago, IL 60647


CA Design & Iron
3733 W. Grand Ave.
Chicago, IL 60651


Cach, LLC
c/o John C. Bonewicz, P.C.
8001 N. Lincoln Ave., Suite 402
Skokie, IL 60077

CAE Builders, Inc.
1008 Glenlake Ave.
Park Ridge, IL 60068


Caliber Home Loans
PO Box 24610
Oklahoma City, OK 73124-0330


CBNA/Sears
c/o United Recovery Systems, LP
5800 North Course Drive
Houston, TX 77072


Chase
c/o Tiburon Financial LLC
11510 Blondo, Suite 200
Omaha, NE 68164


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


CitiBank, N.A.
c/o Blatt, Hasenmiller, Leibsker
10 South LaSalle, Suite 2200
Chicago, IL 60603

Credit Union 1
c/o Paul B. Fichter, Esq.
450 East 22nd Street, Suite 250
Lombard, IL 60148


Darpet, Inc.
1516 East Algonquin Road
Arlington Heights, IL 60005


Dortmund Construction, Co.
8820 South 79th Ave.
Hickory Hills, IL 60457


Ehab Mahby
P.O. Box 1824
Evanston, IL 60204


Elizabeth A. Felde
3527 W. McLean Ave., Unit 1
Chicago, IL 60647


Eric Gouthrie
1725 N. Western Ave.
Unit 4
Chicago, IL 60647


European Comfort Heating & Cooling
c/o Marek Popperi
164 N. Ela Road
Palatine, IL 60067


Favorite Construction
7444 N. Oleander
Leland, IL 60531


Fence USA, Inc.
3044 E. Elston
Chicago, IL 60618


Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227

First Dama Construction
5336 South Mulligan
Chicago, IL 60638


Granite Style Design Company
4158 W. Belle Plaine Ave.
Chicago, IL 60641


Great Masonry
3101 N. Lowell
Chicago, IL 60641


Hema Raj Trunkenbrod
and Geoff Trukenbrod
3519 North Hermitage
Chicago, IL 60614


Hensen Construction, Inc.
1000 N. Milwaukee
Chicago, IL 60622


Ihor Kubbrak
440 West Kathleen Drive
Chicago, IL 60616


Interior of Stone Midwest, Inc.
1801-17 Humbolt Blvd.
Chicago, IL 60647


Ivona Karbowski
1001 N. Milwaukee Ave.
Suite 400
Chicago, IL 60642


J&D Whirlpool and Bath Outlet
2730 N. Elston Ave.
Chicago, IL 60647


Jakob Peterson
3527 W. McLean Ave., Unit 1
Chicago, IL 60647


James Danilo Calambas
3527 W. McLean Ave., Unit 2
Chicago, IL 60647

Jankaz Construction, Inc.
3235 Sarah Street
Franklin Park, IL 60131


Jiri Vasat
4158 W. Belle Plaine Ave.
Chicago, IL 60641


Jonathan Rotter
1633 N. Wolcott Ave.
Chicago, IL 60622


Jonathon Hollandsworth
1351 N. Western Ave., Unit 4N
Chicago, IL 60622


Joseph E. Forgy
1725 N. Western Ave.
Unit 4
Chicago, IL 60647


Jung S. Dang
2136 W. North Ave., Unit C
Chicago, IL 60622


JW Hardwood Flooring
5 Imperial Street
Park Ridge, IL 60068


JZ Painting
2920 W. Diversey
Chicago, IL 60647


Karmin Nissan
1351 N. Western Ave, Unit 2N
Chicago, IL 60622


Katie Cavanaugh
1725 N. Western Ave.
Unit 3
Chicago, IL 60647

Kevin Gillespie
1725 N. Western Ave.
Unit 3
Chicago, IL 60647


Krzysztof Karbowski
1001 N. Milwaukee Ave., Suite 400
Chicago, IL 60642


Lakeside Bank
2800 N. Ashland Avenue
Chicago, IL 60614


Landek Construction, Inc.
1008 Glenlake Ave.
Park Ridge, IL 60068


Landek Construction, Inc.
1008 Glenlake Ave.
Park Ridge, IL 60068


Landek Construction, Inc.
1008 Glenlake Ave.
Park Ridge, IL 60068


Leasee
1633 N. Wolcott Ave.
Chicago, IL 60622


Lindsay Rotter
1633 N. Wolcott Ave.
Chicago, IL 60622


Marcela Sachova
548 Lowden Ave.
Glen Ellyn, IL 60137


Maria Cecilia Zapata
3527 W. McLean Ave., Unit 2
Chicago, IL 60647


Martin Solil
548 Lowden Ave.
Glen Ellyn, IL 60137

MCM Realty, Ltd.
1001 N. Milwaukee Ave., Suite 400
Chicago, IL 60642


Michael Lerner
1636 N. Bosworth Ave., Unit C1
Chicago, IL 60642


Miroslav Buzicka
5624 W. Goodman
Chicago, IL 60630


Nationstar Mortgage
c/o Pierce and Associates
1 N. Dearborn, Suite 1300
Lewisville, TX 75067


New Market Advisory, LLC
1351 N. Western Ave., Unit 4N
Chicago, IL 60622


North Avenue Acquisitions, LLC
1636 North Bosworth Ave., Unit C1
Chicago, IL 60642


North Avenue Builders, Inc.
c/o Christoff Karbowski
1001 N. Milwaukee Ave.
Chicago, IL 60642


North Avenue Builders, Inc.
c/o Christoff Karbowski
1001 N. Milwaukee Ave.
Chicago, IL 60642


Ocwen Loan Servicing, LLC
c/o Codilis Ernest J. Jr
15W030 N. Frontage Road
Willowbrook, IL 60527


Patmir Finish Carpentry, Inc.
5624 W. Goodman
Chicago, IL 60639

Patrick Berger
5624 W. Goodman
Chicago, IL 60630


Peak Signal, Inc.
14956 South Hillside Drive
Lockport, IL 60441


Performance Plus Roofing
28583 Washington
Wauconda, IL 60084


PNC Bank
333 S. State St.
Chicago, IL 60604


PT's Heating and Cooling, Inc.
3431 North Knox Ave.
Chicago, IL 60641


R&G Framing
1715 Vermont Drive
Elk Grove Village, IL 60007


Ruffolo, Inc.
242 West Highway 45
Vernon Hills, IL 60061


Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250


Sereno's Insulation, Inc.
P.O. Box 1011
Round Lake, IL 60073


Smid Construction & Remodeling, Inc
8749 W. Summerdale Ave.
Chicago, IL 60656


Smid Construction, Inc.
3527 W. McLean Ave.
Chicago, IL 60647

Snirek Corporation
11234 Kluth Drive
Mokena, IL 60448


Solid State Furniture
5750 West Bloomingdale
Chicago, IL 60639


Stallion Construction Co.
P.O. Box 1824
Evanston, IL 60204


Stephani Sullivan
3527 W. McLean Ave., Unit 1
Chicago, IL 60647


Suburban Elevator Company
5 Executive Court, Suite 1
Barrington, IL 60010


TBG Construction, Inc.
1324 S. Grove
Park Ridge, IL 60068


Ted Kawula Company
4846 W. Montrose
Peoria, IL 61641


Tenants (Inset)
1725 N. Western Ave., Units 2-4
Chicago, IL 60647


Thomas P. Nerdo
1725 N. Western Ave.
Unit 4
Chicago, IL 60647


Tile & Stone Sales
D/B/A Belstone and Tile
1439 W. Hubbard Street
Chicago, IL 60622


TJ Maxx
P.O. Box 965005
Orlando, FL 32896

Todd A. Franklin
1725 N. Western Ave.
Unit 2
Chicago, IL 60647


US Bank
Bankruptcy Department
P.O. Box 5229
Cincinnati, OH 45201


Vladimir Adamik
6000 West School
Chicago, IL 60634


Vlastimil Reznicek
2616 North 73rd Court
Elmwood Park, IL 60707


William Sullivan
3527 W. McLean Ave., Unit 1
Chicago, IL 60647


Zdenek Smid
8749 West Summerdale Ave.
Chicago, IL 60656